No. 91–5022. DONAGHE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5024. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5026. PITSONBARGER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–5027. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5028. PULIDO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5029. BUTLER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–5030. GARCIA v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91–5033. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5034. HUMPHREY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5035. ORGAIN v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 91–5037. KORFF v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–5038. HUBBARD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5039. MELROSE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5040. LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5041. SIX v. MISSOURI. Sup. Ct. Mo. Certiorari denied.